# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2016

153190(52)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

VALERIE HAMMOND,
          Plaintiff-Appellant,

v

DEPARTMENT OF CORRECTIONS,
          Defendant-Appellee.

SC: 153190
COA: 322889
Michigan Compensation Appellate
     Commission:  13-000060

_____/

On order of the Court, the motion for reconsideration of this Court's September 6, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2016



Clerk

p1212